IN THE SUPREME COURT OF TEXAS

 No. 10-0386

 IN RE DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL
 SYSTEM

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed May 26,
2010, is granted. The trial court's Order on Defendants' Joint Application
to Withdraw Funds from the Registry of the Court, dated April 16, 2010, in
Cause No. CC-09-01417-B, styled Dallas County Hospital District d/b/a
Parkland Health & Hospital System v. LAZ/LA II Harry Hines Lot, L.P. and
Texas Capital Bank, N.A., in the County Court at Law No 2 of Dallas County,
Texas, is stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., June 7,
2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 28, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk